FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>Eliazar DIAZ-Chavez<br><br>    Defendant. | ) Magistrate Case No.: **'08 MJ 8633**<br>)<br>) COMPLAINT FOR VIOLATION OF:<br>)<br>)<br>) Title 8, U.S.C., Sec., 1326<br>) Attempted Entry After Ordered Deported/Removed<br>)<br>) |

The undersigned complainant, being duly sworn, states:

On July 11, 2008, within the Southern District of California, the defendant Eliazar DIAZ-Chavez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e., conscious desire, to enter the United States at the Calexico Port of Entry without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
IZABEL FIGUEROA
CBP ENFORCEMENT OFFICER

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14TH DAY OF JULY, 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
           v
2  Eliazar DIAZ Chavez

3
                    PROBABLE CAUSE STATEMENT
4

5      I, Customs Border Protection Criminal Enforcement Officer

6  Izabel Figueroa, declare under penalty of perjury, the following

   is true and correct:
7

8      On July 11, 2008, at approximately 01:56 P.M., Eliazar DIAZ

9  Chavez arrived at the Calexico West Port of Entry in Calexico,

   California vehicle inspection lanes to United States Customs and
10
   Border Protection Officer Delorean Dhillon. DIAZ Chavez applied
11
   for entry into the United States by presenting a valid DSP-150
12
   USA B1/B2 VISA/BCC bearing then name and photo of Saul CASTILLO
13
   Lizardo. When asked to show additional identification, DIAZ
14
   Chavez stated that he did not have any. Suspecting fraud, DIAZ

   Chavez was referred to pedestrian secondary office for further
15
   inspection.
16      In the secondary office, United States Customs and Border

17 Protection Enforcement Officer Rodolfo Lizaola conducted

   fingerprint queries on DIAZ Chavez revealed he had been removed
18
   from the U.S. DIAZ Chavez admitted he was a citizen and native
19
   of Mexico.
20      At the Port Enforcement Processing area, DIAZ Chavez was

21 placed under arrest. DIAZ Chavez was advised of his Miranda

   warnings in the English language to which he said he understood.
22

23 //
24 //
25 //
   //
26 //

27 //
28 //

```
 1  UNITED STATES OF AMERICA
              v
 2  Eliazar DIAZ Chavez
 3
 4  Executed on July 11, 2008, at approximately 2230hrs
 5
 6                              _____
                                Izabel Figueroa,
 7                              CBP Enforcement Officer
 8
 9
10       On the basis of the facts presented in the probable cause
11  statement consisting of two pages, I find probable cause to
    believe that the defendant named in this probable cause
12  statement committed the offense on July 11, 2008 in the
13  violation of Title 8, United States Code, § 1326.
14
15
16  _____         7/12/08 @ 9:29 am
    HON. Cathy A. Bencivengo        Date and Time
17  United States Magistrate Judge
```

TOTAL P.01